IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE L HARRIS,

     Plaintiff,

  v

CITY OF OAKLAND, WAYNE G TUCKER,
MARCO MARQUEZ, STEVEN MARTIN JR,

     Defendants.
_____/

No C 10-1083 VRW

ORDER

     On July 6, 2010, the court ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute and warned plaintiff that failure to respond would result in dismissal.  Doc #5.  Plaintiff failed to respond to the order, and the deadline for doing so, August 2, 2010, has passed. Accordingly, the action is DISMISSED pursuant to FRCP 41(b).  The clerk is directed to terminate all motions and close the file.

     IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge